UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KRIS K. McSORLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cv-0386-RCJ-RAM |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MIONA JOHNSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Kris K. McSorley, a Nevada prisoner acting *pro se*, initiated this civil rights action on July 12, 2006, by filing an Application to Proceed *in Forma Pauperis* (docket #1).

On August 23, 2006, the Application to Proceed *in Forma Pauperis* was granted, but plaintiff was ordered to pay an initial installment of the filing fee, in the amount of $2.00 (docket #4). Plaintiff did not pay the initial installment of the filing fee, but on September 22, 2006, filed documents indicating that he might be without the funds to pay the $2.

On March 23, 2007, in an order denying plaintiff certain injunctive relief (docket #6), the Court noted that plaintiff had not paid the initial installment of the filing fee, and granted plaintiff time to either pay the $2 or file a new Application to Proceed *in Forma Pauperis*.

Plaintiff took no action at all in response to the March 23, 2007 order. Therefore, on account of plaintiff's failure to comply with the Court's order, and his failure prosecute this action, this action will be dismissed.

1    **IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

2    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT**
3    **ACCORDINGLY.**

4    Dated this 19th day of February, 2008.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

26   (df-p6)