AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

KRIS K. McSORLEY,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:06-cv-00386-RCJ-RAM**

MIONA JOHNSON, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for failure to prosecute.

  February 21, 2008      **LANCE S. WILSON**
    Clerk

    /s/ Daniel R. Morgan
    Deputy Clerk